THE STATE, EX REL. FOREMAN, APPELLANT, *v.* COMMON PLEAS COURT OF LOGAN COUNTY ET AL., APPELLEES.

[Cite as State, ex rel. Foreman, v. Common Pleas Court, 1 Ohio St. 2d 175.]

(No. 39043—Decided March 17, 1965.)

*Mr. Harold C. Foreman, in propria persona.*

*Mr. Robert E. Dunlap,* prosecuting attorney, for appellees.

*Per Curiam.* If there was any error in refusing to make these findings of fact and conclusions of law, that contention should have been made on appeal from the original judgment.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.